**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-03332-REB-KMT

MICHAEL SANCHEZ,

    Plaintiff,

v.

LVNV FUNDING, LLC, a Delaware limited liability company,

    Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal with Prejudice** [#18][1] filed March 4, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal with Prejudice** [#18] filed March 4, 2015, is approved; and

    2. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated March 6, 2015, at Denver, Colorado.

                                    **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge